UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYRONE HOLMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 03-cv-4226-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Tyrone Holman's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Tyrone Holman, and that this case is dismissed with prejudice.

DATED:  July 19, 2006                NORBERT JAWORSKI

                                                           s/ Brenda K. Lowe

Approved:   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**